# United States District Court

## Southern District of Georgia

SIENNA THOMAS

_____
Plaintiff

v.

CITI TRENDS, INC.

_____
Defendant

Case No. 4:23-cv-00175-RSB-CLR

Appearing on behalf of

Plaintiff

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __2nd__ day of __July__, __2023__.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Patrick A. Barthle |
| Business Address: | Morgan and Morgan Complex Litigation Group |
| | Firm/Business Name |
| | 201 N. Franklin Street, 7th Floor |
| | Street Address |
| | Tampa    FL    33602 |
| | Street Address (con't)    City    State    Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2    City    State    Zip |
| | 813.223.5505 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | pbarthle@forthepeople.com |