# United States District Court
## *Southern District of Georgia*

SIENNA THOMAS

_____
Plaintiff

v.

CITI TRENDS, INC.

_____
Defendant

Case No. 4:23-cv-00175-RSB-CLR

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __2nd__ day of ____July____, __2023__.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: RYAN D. MAXEY

Business Address: Morgan and Morgan Complex Litigation Group
Firm/Business Name

201 N. Franklin Street, 7th Floor
Street Address

Tampa | FL | 33602
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

813.223.5505
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: rmaxey@forthepeople.com