# United States District Court

## Southern District of Georgia

SIENNA THOMAS,

_____
Plaintiff

v.

CITI TRENDS, INC.

_____
Defendant

Case No.  4:23-CV-00175-RSB -CLR

Appearing on behalf of
DEFENDANT
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Christopher A. Wiech |
| Business Address: | BakerHostetler |
| | Firm/Business Name |
| | 1170 Peachtree St. NW |
| | Street Address |
| | Suite 2400 / Atlanta / GA / 30309 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 404.459.0050 / 757333 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | cwiech@bakerlaw.com |